# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**IN RE APPLICATION OF HANS NOLTE**

**Petitioner**

**Misc. Case No.: 3:18mc88-RJC-DSC**

## ORDER

Petitioner Hans Nolte, by his counsel, has requested that this Court, pursuant to 28 U.S.C. § 1728, issue an order allowing him to subpoena certain documents and other information from Bank of America, N.A. After giving due consideration to Petitioner's *Ex Parte* Application for Discovery Order Pursuant to 28 U.S.C. § 1728 in Aid of Foreign Proceeding ("Application"), this Court finds that the requested relief should be granted.

IT IS THEREFORE ORDERED that Petitioner be allowed to issue a subpoena to Bank of America, N.A. consistent with the proposed subpoena submitted by Petitioner with his Application for permission to take discovery.

**SO ORDERED**.

Signed: May 16, 2018

David S. Cayer
United States Magistrate Judge